```
                                              FILED
                                              August 27, 2010
UNITED STATES DISTRICT COURT FOR THE          CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
EASTERN DISTRICT OF CALIFORNIA                CALIFORNIA
                                              DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10-mj-255 KJM |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| TOMAS SOTELO, SR., ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Tomas Sotelo, Sr.</u>; Case <u>2:10-mj-255 KJM</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     \_\_    Release on Personal Recognizance

     \_\_    Bail Posted in the Sum of _____

     \_\_    Unsecured bond in the amount of

     \_\_    Appearance Bond with 10% Deposit

     \_\_    Appearance Bond secured by Real Property

     \_\_    Corporate Surety Bail Bond

     X    (Other) <u>Pretrial conditions/supervision;</u>

Issued at <u>Sacramento, CA</u> on <u>8/27/2010</u> at 2:39 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge